**Fill in this information to identify the case:**

Debtor 1: Kevin Richard Fountain

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Missouri (State)

Case number: 12-42727

## Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A

**Court claim no. (if known):** 3

**Last 4 digits of any number you use to identify the debtor's account:** 8 5 1 8

**Property address:**
310 NE 4th St. Terr
Number  Street

Oak Grove   MO   64075
City        State ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 16 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. Total. Add lines a and b.   (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   __ / __ / ____
MM / DD / YYYY

Form 4100R                Response to Notice of Final Cure Payment                page 1

| Debtor 1 | Kevin | Richard | Fountain | Case number (if known) 12-42727 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Zachary G. Edwards
Signature

Date 08/07/2017

Print   Zachary   G. Edwards   #63798
        First Name   Middle Name   Last Name

Title Attorney

Company   Shapiro & Kreisman, LLC

*If different from the notice address listed on the proof of claim to which this response applies:*

Address   13801   Riverport Drive, Suite 502
          Number   Street

          Maryland Heights            MO    63043
          City                        State  ZIP Code

Contact phone (314) 770-2120

Email zedwards@logs.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically mailed this 7th day of August, 2017 to:

Attorney for Debtor:
Nader Jack Stanford
The Stanford Law Firm, LLC.
4010 Washington St.,
Ste. 515
Kansas City, MO 64111

Debtor:
Kevin Richard Fountain
310 NE 4th St Terr
Oak Grove, MO 64075

Chapter 13 Trustee:
Richard Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108

Office of the US Trustee:
Charles Evans Whittaker
400 E. 9th Street
Room 3440
Kansas City, MO  64106

/s/Zachary G. Edwards
Adam S. Kerekanich #68602
Jason O. Bright #65309
Zachary G. Edwards #63798